No. 11,103.

SAINT MARY'S ACADEMY OF THE SISTERS OF LORETTO OF THE CITY OF DENVER *v.* SOLOMON.

Decided June 1, 1925. Rehearing denied July 6, 1925.

Action for damages growing out of an automobile collision. Judgment for plaintiff.

*Affirmed.*

1.  AUTOMOBILES—*Collision*—*Negligence.* This case ruled by the opinion in *St. Mary's Academy v. Solomon*, 77 Colo. 463.

*Error to the District Court of the City and County of Denver, Hon. S. W. Johnson, Judge.*

Mr. JOHN T. BOTTOM, for plaintiffs in error.

Mr. H. A. CALVERT, Mr. J. W. KELLEY, Mr. JACOB J. LIEBERMAN, Mr. CHARLES ROSENBAUM, for defendant in error.

*Department Three.*

MR. JUSTICE DENISON delivered the opinion of the court.

THIS case must follow that of the same plaintiffs in error v. Frank Solomon, 77 Colo 463. The plaintiff and de-

fendant in error here is the wife of Frank Solomon mentioned in his case.

Judgment affirmed.

MR. CHIEF JUSTICE ALLEN and MR. JUSTICE SHEAFOR concur.